IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**HEATHER WHEELER**

: 
: **CRIMINAL NO. 13-209**
:

**ORDER**

AND NOW, this 20th day of April, 2016, upon consideration of the Government's Motion to Dismiss the Information as a result of the death of Heather Wheeler, it is hereby ORDERED that the Information is DISMISSED.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
*Judge, United States District Court*